1
2      UNITED STATES DISTRICT COURT
3    FOR THE NORTHERN DISTRICT OF CALIFORNIA
4        OAKLAND DIVISION
5

| | |
|---|---|
| 6 CLIFFORD E. CURRY, SR., | Case No: C 08-5796 SBA |
| 7    Plaintiff, | |
| 8  vs. | **ORDER GRANTING DEFENDANTS' MOTION FOR DISMISS** |
| 9 C. MICHAEL ARMSTRONG, et al., | [Docket 4] |
| 10   Defendants. | |

11
12
13   The parties are presently before the Court on Defendants' motion to dismiss under Federal
14 Rules of Civil Procedure 12(b)(2) and 12(b)(6). The motion was noticed for hearing on March 31,
15 2009, meaning that the response to the motion should have been filed by no later than March 10,
16 2009. No opposition has been received by the Court. The Court's standing order specifically
17 warns that "[t]he failure of the opposing party to file a memorandum of points and authorities in
18 opposition to any motion shall constitute a consent to the granting of the motion." See also Ferdick
19 v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). Having received no opposition to Defendants'
20 motion,
21   IT IS HEREBY ORDERED THAT Defendants' motion to dismiss (Docket 4) is
22 GRANTED. All schedule deadlines and appearances are vacated. The Clerk shall close the file.
23
24
25 Dated: March 23, 2009         _____
26              Hon. Saundra Brown Armstrong
                United States District Judge
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CURRY et al,

        Plaintiff,

  v.

ARMSTRONG et al,

        Defendant.
_____/

Case Number: CV08-05796 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford E. Curry
325 Lenox Avenue
Suite 206
Oakland, CA 94608

Dated: March 23, 2009

                                  Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk